**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**ANTHONY JAMES LONDO**                CIVIL ACTION

**VERSUS**                             **NO. 09-7365**

**WARDEN, FRANK ELLIS, ET AL**         SECTION "B"(5)

## ORDER & REASONS

Considering plaintiff's objections, Rec. Doc. Nos. 5, 6, along with the Magistrate Judge's Report and Recommendation, Rec. Doc. No. 4, and applicable law, proper venue lies in the Western District Of Louisiana and in the interest of justice and fairness to the parties in this civil action this case be transferred accordingly.

Therefore, **IT IS ORDERED** that plaintiff's objections are **OVERRULED** and the Magistrate Judge's Report and Recommendation are **ADOPTED** as the opinion of the Court.

New Orleans, Louisiana, this 28th day of April, 2010.

_____
United States District Judge